# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN AUTOMOBILE ASSOCIATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:15-cv-03423-MDH |
| ) | |
| BRANSON CAB SERVICE, LLC, et al., ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

Pursuant to the parties' reported settlement, the agreed upon consent order, Defendants' statement of compliance, and Plaintiff's motion to dismiss (Doc. 29), all claims in this matter are hereby **DISMISSED WITH PREJUDICE** and each party shall bear its own costs unless otherwise agreed in writing by the parties.

**IT IS SO ORDERED.**

Date: April 11, 2016            */s/ Douglas Harpool*
                                **DOUGLAS HARPOOL**
                                **UNITED STATES DISTRICT JUDGE**